# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-50740
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 12, 2014

Lyle W. Cayce
Clerk

KYLE G. BROCK; DIANA L. BROCK,

Plaintiffs-Appellants

v.

BANK OF AMERICA, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE EXECUTIVES OF AUSTIN, LIMITED,

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:13-CV-94

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM:*

AFFIRMED.  See Rule 47.6 .

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.